| AO 256 (Rev. 2/86) | CRIMINAL DOCKET · U.S. District Court | | U.S. VS. EVANS, NICHOLAS M. (LAST, FIRST, MIDDLE) | Case Filed Mo. 04 Day 16 Yr. 93 | Docket No. F93-030 CR | Def. |
|---|---|---|---|---|---|---|
| PO ☐ Misd. ☒ Felony ☐ | 097X-4 7-KF Assigned Disp./Sentence District Off Judge/Magistr. | ☐ WRIT ☐ JUVENILE ☐ ALIAS OFFENSE ON INDEX CARD | | No. of Def's 1 | U.S. MAG. CASE NO. | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG | GUILTY NOLO |
|---|---|---|---|---|
| 18 USC 641 | THEFT OF GOVERNMENT PROPERTY | 1 | | |

**CASE CLOSED**

SUPERSEDING COUNTS

## II. KEY DATE

- INTERVAL ONE — KEY DATE ▶ EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears — on complaint
- END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE 04-16-93 APPLICABLE: ☐ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☒ Information ☐ Felony-W/waiver
- KEY DATE ▶ a)☐ 1st appears on pending charge /R40 b)☐ Receive file R20/21 c)☐ Supsdg: ☐ Indt ☐ Inf d)☐ Order New trial e)☐ Remand f)☐ G/P Withdrawn
- END INTERVAL TWO — KEY DATE ▶ APPLICABLE: ☐ Dismissal ☐ Pled guilty { After N.G. ☐ Nolo { After nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ PRELIMINARY EXAMINATION { Date Scheduled ▶ OR ☐ REMOVAL HEARING Date Held ▶ ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | INITIAL/NO. | OUTCOME: ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW Tape Number |
| Summons | Issued / Served | | | | | |
| Arrest Warrant Issued COMPLAINT ▶ | | | | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ 20 ☐ 21 ☐ 40 ● In ☐ Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.

Jennifer L. Voelkel, SAUSA, Office of the Staff Judge Advocate, 343rd Wing, Eielson AFB, Alaska 99702-1870 (907) 377-4114

Defense: 1 ☐ CJA. 2 ☐ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non/Other. 6 ☒ PD. 7 ☐ CD

Mary Geddes
Federal Public Defender
510 L Street, Suite 408
Anchorage, Alaska 99501
276-2277

**BAIL • RELEASE**

PRE-INDICTMENT
- Release Date
- Bail ☐ Denied
- ☐ Fugitive
- ☐ Pers. Rec.
- AMOUNT SET $
- ☐ PSA
- Conditions
- Date Set
- ☐ 10% Dep.
- ☐ Surety Bnd
- ☐ Bail Not Made
- ☐ Collateral
- Date Bond Made
- ☐ 3rd Prty
- ☐ Other

POST-INDICTMENT
- Release Date
- Bail ☐ Denied
- ☐ Fugitive
- ☐ Pers. Rec.
- AMOUNT SET $
- ☐ PSA
- Conditions
- Date Set
- ☐ 10% Dep.
- ☐ Surety Bnd
- ☐ Bail Not Made
- ☐ Collateral
- Date Bond Made
- ☐ 3rd Prty
- ☐ Other

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO. | Yr. | Docket No. | Def. | MASTER DOCKET - MULTIPLE DEFENDANT CASE  PAGE __ OF __ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | VI EXCLUDABLE DELAY Start Date / End Date | Ltr. Code | Total Days |
|---|---|---|---|---|---|---|---|
| | | F93-030 CR | | NICHOLAS M. EVANS | | | |

### V. PROCEEDINGS

| 1993 | | |
|---|---|---|
| April 16 | 1 | FILED Information |
| 19 | -- | Memo to Mag re arraignment date |
| 29 | -- | Issued summon for 5-21-93 at 9:30 AM. Original and service copy to USMS |
| May 6 | 2 | FILED Executed return of service on summons. |
| May 19 | 3 | FILED Financial Affidavit |
| May 28 | 4 | FILED 5/21/93 Minutes from Arraignm. FPD apptd. Deft pleads NG. PTC set for 6/4/93 at 9:15 am. cc: McGrath/Geddes/USPO/USMS |
| 28 | 5 | FILED Order Setting Conditions of Release. cc: McGrath/Geddes/USPO/USMS |
| 28 | 6 | FILED Order Re Prep for Trial. cc: McGrath/Geddes/USPO/USMS |
| 28 | 7 | FILED Consent to Proceed Before US Magistrate in a Misdemeanor Case |
| June 3 | 8 | FILED 5/28/93 Minutes from Status Conf. Deft pres w/csl. Possible Pretrial Diversion agreement; Ct sets stat conf for June 18, 1993 at 9:00 am. cc: McGrath/Geddes/USPO/USMS |
| 11 | 9 | FILED Agreement for Pretrial Diversion |
| 15 | 10 | FILED Agreement for Pretrial Diversion |
| 15 | 11 | FILED Gov't Motion to Dismiss without Prejudice |
| 15 | -- | LODGED Order re De 11 |
| 15 | 12 | FILED Order dismissing this proceeding against Nicholas M. Evans without prejudice. cc: Voelkel/Geddes/USPO/USMS |
| 28 | 13 | FILED Judgment of Discharge. cc: Geddes/Voelkel/USPO/USMS/Deft |

**CASE CLOSED**

LETTER CODES
For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]
B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed.l proceedings on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20.21 or 40 or Mag. Rule 6a [(1)(G)]
G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]
5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]
R Def awaiting trial of co-defendant & no severance has been granted [(7)]
T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,iii)]
T2 Case unusual or complex [(8)(B,ii)]
T3 Indictment following arrest can't be filed in 30 days [(8)(B,iv)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal guilty plea, 3161(i)
W Grand Jury indictment time extended 30 more days, 3161 (b)